# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                              **CASE NO.** 24-cr-10068-JWB

**ALAMIER WILLIAMS,**
    **a/k/a ALLAMIRE WILLIAMS,**

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION WITH THE INTENT TO
DISTRIBUTE FENTANYL
[21 U.S.C. § 841(a)]**

On or about April 4, 2023, in the District of Kansas, the defendant,

**ALAMIER WILLIAMS
a/k/a ALLAMIRE WILLIAMS**

knowingly and intentionally possessed, with the intent to distribute, a mixture and substance containing a detectable amount of fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

1

## COUNT 2

**ILLEGAL POSSESSION OF A MACHINE GUN**
**[18 U.S.C. § 922(o)]**

On or about April 4, 2023, in the District of Kansas, the defendant,

**ALAMIER WILLIAMS**
**a/k/a ALLAMIRE WILLIAMS**

did knowingly possess a machine gun, that is, a machine gun conversion device which the defendant knew and was aware is for use in converting a weapon into a machine gun.

In violation of Title 18, United States Code, Section 922(o).

## COUNT 3

**ILLEGAL POSSESSION OF A MACHINE GUN**
**[18 U.S.C. § 922(o)]**

On or about April 4, 2023, in the District of Kansas, the defendant,

**ALAMIER WILLIAMS**
**a/k/a ALLAMIRE WILLIAMS**

did knowingly possess a machine gun, that is, a Glock, Model 19, 9mm caliber pistol with machine gun conversion device attached which the defendant knew and was aware made it a machine gun.

In violation of Title 18, United States Code, Section 922(o).

# COUNTS 4 THROUGH 22

### USE OF A COMMUNICATION FACILITY TO
### FACILITATE A DRUG TRAFFICKING CRIME
### [21 U.S.C. § 843(b)]

On or about the dates specified below, in the District of Kansas and elsewhere, the defendant,

**ALAMIER WILLIAMS**
**a/k/a ALLAMIRE WILLIAMS**

did unlawfully, knowingly, and intentionally use a communication facility, that is: a telephone and other means of communication, to facilitate the commission of a violation of Title 21, United States Code, Section 841, namely distribution of a controlled substance, attempted distribution of a controlled substance, and possession with intent to distribute a controlled substance, to wit: fentanyl:

| Count | Approx. Date | From | To | Summary of Text Communications |
|---|---|---|---|---|
| 4 | 2/20/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #1 | Defendant Williams responds "Yea" in response to Individual #1's request: "You mobile with blues?" |
| 5 | 2/20/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #1 | Defendant Williams advised, "8 a pop" in response to Individual #1's request: "Can you pull up with 4?" |
| 6 | 2/20/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #1 | Defendant Williams asked, "Still need em" in response to Individual #1's request "I need a couple" |

| Count | Approx. Date | From | To | Summary of Text Communications |
|---|---|---|---|---|
| 7 | 3/6/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #1 | Defendant Williams advises, "6" in response to Individual #1's request "How many for $45" |
| 8 | 3/24/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #1 | Defendant Williams advises "I'm back wit em" in response to Individual#1's request "My homie has a bill and needs some" |
| 9 | 3/29/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #1 | Defendant Williams advises "Blues on deck" |
| 10 | 3/29/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #1 | Defendant Williams advises "30s fwm" |
| 11 | 12/29/2022 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #2 | Defendant Williams advises "How many you need" in response to Individual #2's request "Pc mort told me hit u for the blues" |
| 12 | 12/29/2022 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #2 | Defendant Williams advises "30 6 a pop" in response to Individual #2's request "Hm for 5" |
| 13 | 1/4/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #2 | Defendant Williams asks Individual #2 "U still be needing em" |
| 14 | 1/4/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #2 | Defendant Williams tells Individual #2 "But I don't be coming for small amounts" after Individual #2 says "Yes" |

| Count | Approx. Date | From | To | Summary of Text Communications |
|---|---|---|---|---|
| 15 | 1/4/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #2 | Defendant Williams advises "Yeah I can do that when I get off at 10 I got you" in response to Individual #2 asking "6/40? U mobile?" |
| 16 | 3/27/23 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #2 | Defendant Williams advises Individual #2 "Blues back in action" |
| 17 | 3/29/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #2 | Defendant Williams advises "Depend on how many u want they fire asf" in response to Individual #2 asking "5 a pop?" |
| 18 | 3/29/2023 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #2 | Defendant Williams advises "7" in response to Individual #2 stating "Awe I was just tryna grab 1" |
| 19 | 12/5/2022 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #3 | Defendant Williams advises "Me" when Individual #3 asks "Who got the blues fam" |
| 20 | 12/5/2022 | Defendant Alamier Williams Display Name: Allamire Williams | Individual #3 | Defendant Williams asks "How many" when Individual #3 asks "Who got the blues fam" |
| 21 | 12/5/2022 | Defendant Alamier Williams Display Name: Allamier Williams | Individual #3 | Defendant Williams advises "$60" when Individual #3 asks "Can u toss me 10 for 50$" |
| 22 | 12/8/2022 | Defendant Alamire Williams Display Name: Allamire Williams | Individual #3 | Defendant Williams advises "Yea come on" in response to Individual #3's question "90$ for 20 of em?" |

In violation of Title 21, United States Code, Section 843(b).

A TRUE BILL.

June 11, 2024                                s/Foreperson
DATE                              FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Kari Burks
KARI BURKS
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: kari.burks@usdoj.gov
Ks. S. Ct. No. 24171


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

### **Count 1: 21 U.S.C. § 841(a)(1) & (b)(1)(C) [Possession with the Intent to Distribute]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years. 21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- Punishable by a term of imprisonment of up to thirty (30) years. 21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least six (6) years. 21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

### **Counts 2 & 3: 18 U.S.C. § 922(o) [Illegal Possession of a Machinegun]**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

**Counts 4 through 22: 21 U.S.C. 843(b)  [Use of a Communication Facility to Facilitate Drug Trafficking]**

- Punishable by a term of imprisonment of not more than four (4) years.  21 U.S.C. § 843(d).

- A term of supervised release of up to one (1) year.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  21 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for the same offense, the penalties are:

- A term of imprisonment of not more than eight (8) years.  21 U.S.C. § 843(d).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  21 U.S.C. § 843(d).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).